**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosa Maria Hernandez, et al., | No. CIV 06-2197-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Schneider National, Inc., et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Extension of Time to Serve Summons and Complaint. (Doc. No. 8)  The Court will grant Plaintiff's motion for the reasons set forth below.

Plaintiffs ask the Court to enlarge the service deadline by sixty (60) days for Defendant Rafael Lopez ("Lopez") because they have been unable to locate him "despite diligent efforts." (Doc. No. 9 at 2).

Filing a complaint gives a plaintiff 120 days to complete service of process according to Fed. R. Civ. P. 4(m).  Upon a showing of good cause by the plaintiff, the Court shall extend the time for service for an appropriate period. *Id.*  Alternatively, pursuant Fed. R. Civ. P. 6(b), a court may enlarge the time for performance of any act required under the Federal Rules for cause shown without motion or notice if a request is made before the period originally prescribed.  The Court will analyze Plaintiff's request under Fed. R. Civ. P. 6(b) because it was made prior to the expiration of the service deadline.

1     Here, Plaintiff has successfully demonstrated why an extension of the service deadline
2 would be appropriate. After the address for Lopez listed on the accident report proved to be
3 incorrect, the process servers hired by Plaintiff performed a skip trace, contacted counsel for
4 Defendant Schneider National Inc., and acted on a lead connecting Lopez to a post office box
5 in San Diego, California. However, despite these efforts, Plaintiffs have been unable to
6 complete service upon Lopez. Therefore, the Court finds that Plaintiff has shown cause for
7 why an extension of the service deadline would be appropriate.

8     Accordingly,

9     **IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Serve
10 Summons and Complaint [Doc. No. 8] is **GRANTED**. Plaintiff shall have through **March
11 14, 2007** to complete service upon Rafael Lopez.

12     DATED this 7th day of December, 2006.

Stephen M. McNamee
United States District Judge

- 2 -