**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Antonio Hernandez, et al.,<br><br>        Plaintiffs,<br>v.<br><br>Schneider National, Inc., et al.,<br><br>        Defendants. | CIV-06-2197-PHX-SMM<br><br>**ORDER** |

Plaintiff filed a motion to waive the personal appearance of Plaintiff Juan Hernandez ("Plaintiff") at the Preliminary Pretrial Conference set for November 5, 2007, at 10:00 a.m. (Dkt. 24). In support of the motion, Plaintiff notes that he resides in Texas and speaks only Spanish. Upon Plaintiffs' motion, and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff leave to appear telephonically by calling Judge McNamee's chambers (602-322-7555) no later than **9:55 a.m. (local time)**.

**IT IS FURTHER ORDERED** that it is the responsibility of Plaintiff and his counsel to arrange for an interpreter to translate the proceedings for Plaintiff from English to Spanish.

DATED this 10th day of October, 2007.

*Stephen M. McNamee*
United States District Judge