**WO**

UNITED STATES DISTRICT COURT

IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Antonio Hernandez, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>Schneider National, Inc., et al.,<br><br>　　　　Defendants. | CIV-06-2197-PHX-SMM<br><br>**ORDER** |

Defendants filed a motion to waive personal appearance at the Preliminary Pretrial Conference set for November 5, 2007, at 10:00 a.m. (Dkt. 26). In support of the motion, Defendants note that Defendant Schneider National Carriers, Inc. maintains a principal place of business in Wisconsin, and that Defendant Rafael Lopez resides in California when not driving interstate. Upon Defendants' motion, and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendants leave to appear telephonically at the Preliminary Pretrial Conference set for November 5, 2007, at 10:00 a.m.

**IT IS FURTHER ORDERED** that counsel for Defendant shall initiate a conference call and secure all participants on a single, clear telephone line before calling Judge McNamee's chambers (602-322-7555) no later than **9:55 a.m. (local time)**.

DATED this 11th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge