**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Antonio Hernandez, et al., | No. CV-06-2197-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Schneider National Inc., et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation to extend deadlines (Dkt. 31). The parties request that expert disclosure, discovery cutoff, and dispositive motion deadlines be extended. The parties assert that such extensions are necessary because discovery has been delayed on account of delays in the associated state court action. Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation (Dkt. 31). The deadlines shall be modified as follows:

1) Plaintiffs' non-expert and expert witnesses deadline is extended from April 11, 2008 to **May 30, 2008**;

2) Defendants' non-expert and expert witnesses deadline is extended from April 11, 2008 to **May 30, 2008**;

3) Rebuttal experts' deadline is extended from May 23, 2008 to **July 11, 2008**;

1     4) Discovery cutoff deadline is extended from July 25, 2008 to **August 29, 2008**;

2     5) Dispositive motion deadline is extended from September 12, 2008 to **October 10, 2008.**

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for September 24, 2008 at 4:00 pm is continued to **November 5, 2008 at 4:00 pm.**

DATED this 18th day of April, 2008.

Stephen M. McNamee
United States District Judge